IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| EDWARD ROSS CORTINAS<br>Plaintiff,<br><br>v.<br><br>W.E. IMHOFF COMPANY, INC. D/B/A<br>INTERTECH FLOORING<br>Defendant. | § § § § § § § § §    CIVIL ACTION NO. 1:16-CV-12-LY |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Edward Ross Cortinas ("Cortinas") and Defendant W.E. Imhoff Company, Inc. d/b/a Intertech Flooring ("Intertech") file this Joint Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

Cortinas and Intertech have resolved all matters asserted in this lawsuit between them. There are no longer any issues in this matter between Cortinas and Intertech to be determined by this Court. Cortinas and Intertech hereby stipulate that all claims or causes of action against Intertech which were or could have been asserted in this lawsuit, including any claims in Cortinas' individual or in his representative capacity, are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

Respectfully submitted,

/s/ Manuel Quinto-Pozos
**MANUEL QUINTO-POZOS**
State Bar No. 24070459
**DEATS DURST & OWEN, PLLC**
1204 San Antonio Street, Suite 203
Austin, TX 78701
512.474.6200
(512) 474-7896 (Fax)
mqp@ddollaw.com

**ATTORNEYS FOR PLAINTIFF**

and

/s/Monica A. Velazquez
**MERRITT N. SPENCER**
STATE BAR NO. 18925100
**STRASBURGER & PRICE, LLP**
720 BRAZOS ST., SUITE 700
AUSTIN, TEXAS 78701
(512) 499-3600
(512) 499-3660 Fax
merritt.spencer@strasburger.com
**MONICA A. VELAZQUEZ**
State Bar No. 24036132
monica.velasquez@strasburger.com
**STRASBURGER & PRICE, LLP**
2801 Network Boulevard, Suite 600
Frisco, Texas 75034
(469) 287-3900
(469) 287-3999 (Fax)

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of December, 2016, a true and correct copy of the foregoing document was electronically filed in accordance with the ECF guidelines for the United States District Court, Northern District of Texas. The ECF system sent a "Notice of Electronic Filing" and served a copy of the foregoing document on all counsel of record.

/s/ Monica A. Velazquez
MONICA A. VELAZQUEZ