IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
16 DEC 12 PM 1:29
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| EDWARD ROSS CORTINAS, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | CAUSE NO. 1:16-CV-012-LY |
| W.E. IMHOFF & COMPANY, INC. | § | |
| D/B/A INTERTECH COMMERCIAL | § | |
| FLOORING, | § | |
| DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court in the above styled and numbered cause is the Joint Stipulation of Dismissal with Prejudice filed December 9, 2016 (Clerk's Doc. No. 11). The court has reviewed and approves the stipulation. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the above numbered cause of action is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that each party shall bear its own costs and fees.

**IT IS FINALLY ORDERED** that the case is **CLOSED**.

SIGNED this 12th day of December, 2016.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE